**From:** Casey Cazier [mailto:ccazier@frontieradjusters.com]
**Sent:** Thursday, January 10, 2019 6:51 PM
**To:** Duncan Speak
**Subject:** Frontier Adjusters - Your Claim #: 920879, DOL: 06/19/2018, Insured: Woodside Village Condominium, Our File #: 228-18-105-C

Duncan,
Please find attached estimated repair scope. I spoke to engineer, he said 2 shingles per SQ plus 2 shingles of collateral damage. So 4x total SQ per building.

Denver has, from what I understand a 10% guideline on repairs. Meaning, you can replace a few shingles, but they have restrictions on how much repair vs. replace. And partial slopes are not acceptable. Long story short, I have a feeling this will come full circle pretty quickly from the PA. **Based on my research**

**Frontier Adjusters,**

**Casey Cazier, Adjuster**
**888.460.7019**
**888.460.5409 Fax**
**404.391.7019 Cell**
**ccazier@frontieradjusters.com**

**"A trusted extension of your claims organization"**

*CONFIDENTIALITY NOTICE - This electronic message contains information which may be confidential. The information is intended for the use of the individual or entity identified above. If you are not the intended recipient, please be aware that any disclosure, copying, distribution or use of the contents of this message is strictly prohibited. If you receive this transmission in error, please notify the sender and delete the copy you received.*

CONFIDENTIALITY NOTICE: This e-mail and the transmitted documents contain private, privileged and confidential information belonging to the sender. The information therein is solely for the use of the addressee. If your receipt of this transmission has occurred as the result of an error, please immediately notify us so we can arrange for the return of the documents. In such circumstances, you are advised that you may not disclose, copy, distribute or take any other action in reliance on the information transmitted.



**EXHIBIT B**

FRONTIER ADJUSTERS

**Frontier Adjusters**

3508 Pleasant Vally Drive
Fremont Hills MO 65714
Office: 866.897.1876
Fax:866.899.2751

| | | | |
|---|---|---|---|
| Insured: | Woodside Apartment | | |
| Property: | 8335 E Farimount Dr<br>Denver, CO 80247 | | |
| Claim Rep.: | Casey Cazier | Business: | (404) 391-7019 |
| Company: | Frontier Adjusters | E-mail: | ccazier@frontieradjusters.com |
| Estimator: | Casey Cazier | Business: | (404) 391-7019 |
| Company: | Frontier Adjusters | E-mail: | ccazier@frontieradjusters.<br>com |

**Claim Number:** 920879 **Policy Number:** **Type of Loss:** Hail

| | | | |
|---|---|---|---|
| Date of Loss: | | Date Received: | |
| Date Inspected: | | Date Entered: | 1/1/2019 3:45 PM |

| | |
|---|---|
| Price List: | CODE8X_DEC18<br>Restoration/Service/Remodel |
| Estimate: | WOODSIDE |

This is a repair estimate only. It will be submitted to ??? Insurance for review and final approval(s). The insurance policy may contain provisions that may reduce or negate any payment that might be made. This is not an authorization to repair. An authorization to repair and/or payment must come from the owner of the property. No adjuster or appraiser has the authority to authorize repair or guarantee payment. The insurer assumes no responsibility to the quality o f repairs made.

FRONTIER ADJUSTERS

**Frontier Adjusters**

3508 Pleasant Vally Drive
Fremont Hills MO 65714
Office: 866.897.1876
Fax:866.899.2751

**WOODSIDE**

**Building 1**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 1. Remove Laminated - comp. shingle rfg (per SHINGLE) | 488.00 EA | 7.01 | 0.00 | 3,420.88 | (0.00) | 3,420.88 |
| 2. Laminated - comp. shingle rfg (per SHINGLE) | 488.00 EA | 16.08 | 84.33 | 7,931.37 | (0.00) | 7,931.37 |
| **Totals: Building 1** | | | **84.33** | **11,352.25** | **0.00** | **11,352.25** |

**Building 2**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 3. Remove Laminated - comp. shingle rfg (per SHINGLE) | 488.00 EA | 7.01 | 0.00 | 3,420.88 | (0.00) | 3,420.88 |
| 4. Laminated - comp. shingle rfg (per SHINGLE) | 488.00 EA | 16.08 | 84.33 | 7,931.37 | (0.00) | 7,931.37 |
| **Totals: Building 2** | | | **84.33** | **11,352.25** | **0.00** | **11,352.25** |

**Building 3**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 5. Remove Laminated - comp. shingle rfg (per SHINGLE) | 312.00 EA | 7.01 | 0.00 | 2,187.12 | (0.00) | 2,187.12 |
| 6. Laminated - comp. shingle rfg (per SHINGLE) | 312.00 EA | 16.08 | 53.91 | 5,070.87 | (0.00) | 5,070.87 |
| **Totals: Building 3** | | | **53.91** | **7,257.99** | **0.00** | **7,257.99** |

**Building 4**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 7. Remove Laminated - comp. shingle rfg (per SHINGLE) | 448.00 EA | 7.01 | 0.00 | 3,140.48 | (0.00) | 3,140.48 |
| 8. Laminated - comp. shingle rfg (per SHINGLE) | 448.00 EA | 16.08 | 77.41 | 7,281.25 | (0.00) | 7,281.25 |
| **Totals: Building 4** | | | **77.41** | **10,421.73** | **0.00** | **10,421.73** |

**Building 5**



**NAUTILUS000007**

**EXHIBIT B**

FRONTIER ADJUSTERS

**Frontier Adjusters**

3508 Pleasant Vally Drive
Fremont Hills MO 65714
Office: 866.897.1876
Fax:866.899.2751

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 9. Remove Laminated - comp. shingle rfg (per SHINGLE) | 448.00 EA | 7.01 | 0.00 | 3,140.48 | (0.00) | 3,140.48 |
| 10. Laminated - comp. shingle rfg (per SHINGLE) | 448.00 EA | 16.08 | 77.41 | 7,281.25 | (0.00) | 7,281.25 |
| **Totals: Building 5** | | | **77.41** | **10,421.73** | **0.00** | **10,421.73** |

**Building 6**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 11. Remove Laminated - comp. shingle rfg (per SHINGLE) | 328.00 EA | 7.01 | 0.00 | 2,299.28 | (0.00) | 2,299.28 |
| 12. Laminated - comp. shingle rfg (per SHINGLE) | 328.00 EA | 16.08 | 56.68 | 5,330.92 | (0.00) | 5,330.92 |
| **Totals: Building 6** | | | **56.68** | **7,630.20** | **0.00** | **7,630.20** |

**Building 7**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 13. Remove Laminated - comp. shingle rfg (per SHINGLE) | 488.00 EA | 7.01 | 0.00 | 3,420.88 | (0.00) | 3,420.88 |
| 14. Laminated - comp. shingle rfg (per SHINGLE) | 488.00 EA | 16.08 | 84.33 | 7,931.37 | (0.00) | 7,931.37 |
| **Totals: Building 7** | | | **84.33** | **11,352.25** | **0.00** | **11,352.25** |

**Building 8**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 15. Remove Laminated - comp. shingle rfg (per SHINGLE) | 312.00 EA | 7.01 | 0.00 | 2,187.12 | (0.00) | 2,187.12 |
| 16. Laminated - comp. shingle rfg (per SHINGLE) | 312.00 EA | 16.08 | 53.91 | 5,070.87 | (0.00) | 5,070.87 |
| **Totals: Building 8** | | | **53.91** | **7,257.99** | **0.00** | **7,257.99** |

**Building 9**

**Building 9**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 17. Remove Laminated - comp. shingle rfg (per SHINGLE) | 448.00 EA | 7.01 | 0.00 | 3,140.48 | (0.00) | 3,140.48 |

FRONTIER ADJUSTERS

**Frontier Adjusters**

3508 Pleasant Vally Drive
Fremont Hills MO 65714
Office: 866.897.1876
Fax:866.899.2751

**CONTINUED - Building 9**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 18. Laminated - comp. shingle rfg (per SHINGLE) | 448.00 EA | 16.08 | 77.41 | 7,281.25 | (0.00) | 7,281.25 |
| **Total: Building 9** | | | **77.41** | **10,421.73** | **0.00** | **10,421.73** |

**Building 10**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 19. Remove Laminated - comp. shingle rfg (per SHINGLE) | 488.00 EA | 7.01 | 0.00 | 3,420.88 | (0.00) | 3,420.88 |
| 20. Laminated - comp. shingle rfg (per SHINGLE) | 488.00 EA | 16.08 | 84.33 | 7,931.37 | (0.00) | 7,931.37 |
| **Totals: Building 10** | | | **84.33** | **11,352.25** | **0.00** | **11,352.25** |

**Building 11**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 21. Remove Laminated - comp. shingle rfg (per SHINGLE) | 312.00 EA | 7.01 | 0.00 | 2,187.12 | (0.00) | 2,187.12 |
| 22. Laminated - comp. shingle rfg (per SHINGLE) | 312.00 EA | 16.08 | 53.91 | 5,070.87 | (0.00) | 5,070.87 |
| **Totals: Building 11** | | | **53.91** | **7,257.99** | **0.00** | **7,257.99** |
| **Total: Building 9** | | | **215.65** | **29,031.97** | **0.00** | **29,031.97** |

**Building 12**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 23. Remove Laminated - comp. shingle rfg (per SHINGLE) | 312.00 EA | 7.01 | 0.00 | 2,187.12 | (0.00) | 2,187.12 |
| 24. Laminated - comp. shingle rfg (per SHINGLE) | 312.00 EA | 16.08 | 53.91 | 5,070.87 | (0.00) | 5,070.87 |
| **Totals: Building 12** | | | **53.91** | **7,257.99** | **0.00** | **7,257.99** |



**NAUTILUS000009**

**EXHIBIT B**

FRONTIER ADJUSTERS

**Frontier Adjusters**

3508 Pleasant Vally Drive
Fremont Hills MO 65714
Office: 866.897.1876
Fax:866.899.2751

**Building 13**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 25. Remove Laminated - comp. shingle rfg (per SHINGLE) | 488.00 EA | 7.01 | 0.00 | 3,420.88 | (0.00) | 3,420.88 |
| 26. Laminated - comp. shingle rfg (per SHINGLE) | 488.00 EA | 16.08 | 84.33 | 7,931.37 | (0.00) | 7,931.37 |
| **Totals: Building 13** | | | **84.33** | **11,352.25** | **0.00** | **11,352.25** |

**Building 14**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 27. Remove Laminated - comp. shingle rfg (per SHINGLE) | 448.00 EA | 7.01 | 0.00 | 3,140.48 | (0.00) | 3,140.48 |
| 28. Laminated - comp. shingle rfg (per SHINGLE) | 448.00 EA | 16.08 | 77.41 | 7,281.25 | (0.00) | 7,281.25 |
| **Totals: Building 14** | | | **77.41** | **10,421.73** | **0.00** | **10,421.73** |

**Building 15**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 29. Remove Laminated - comp. shingle rfg (per SHINGLE) | 488.00 EA | 7.01 | 0.00 | 3,420.88 | (0.00) | 3,420.88 |
| 30. Laminated - comp. shingle rfg (per SHINGLE) | 488.00 EA | 16.08 | 84.33 | 7,931.37 | (0.00) | 7,931.37 |
| **Totals: Building 15** | | | **84.33** | **11,352.25** | **0.00** | **11,352.25** |

**Building 16**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 31. Remove Laminated - comp. shingle rfg (per SHINGLE) | 448.00 EA | 7.01 | 0.00 | 3,140.48 | (0.00) | 3,140.48 |
| 32. Laminated - comp. shingle rfg (per SHINGLE) | 448.00 EA | 16.08 | 77.41 | 7,281.25 | (0.00) | 7,281.25 |
| **Totals: Building 16** | | | **77.41** | **10,421.73** | **0.00** | **10,421.73** |

**Building 17**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|

FRONTIER ADJUSTERS

**Frontier Adjusters**

3508 Pleasant Vally Drive
Fremont Hills MO 65714
Office: 866.897.1876
Fax:866.899.2751

**CONTINUED - Building 17**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 33. Remove Laminated - comp. shingle rfg (per SHINGLE) | 312.00 EA | 7.01 | 0.00 | 2,187.12 | (0.00) | 2,187.12 |
| 34. Laminated - comp. shingle rfg (per SHINGLE) | 312.00 EA | 16.08 | 53.91 | 5,070.87 | (0.00) | 5,070.87 |
| **Totals: Building 17** | | | **53.91** | **7,257.99** | **0.00** | **7,257.99** |

**Building 18**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 35. Remove Laminated - comp. shingle rfg (per SHINGLE) | 312.00 EA | 7.01 | 0.00 | 2,187.12 | (0.00) | 2,187.12 |
| 36. Laminated - comp. shingle rfg (per SHINGLE) | 312.00 EA | 16.08 | 53.91 | 5,070.87 | (0.00) | 5,070.87 |
| **Totals: Building 18** | | | **53.91** | **7,257.99** | **0.00** | **7,257.99** |

**Building 19**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 37. Remove Laminated - comp. shingle rfg (per SHINGLE) | 312.00 EA | 7.01 | 0.00 | 2,187.12 | (0.00) | 2,187.12 |
| 38. Laminated - comp. shingle rfg (per SHINGLE) | 312.00 EA | 16.08 | 53.91 | 5,070.87 | (0.00) | 5,070.87 |
| **Totals: Building 19** | | | **53.91** | **7,257.99** | **0.00** | **7,257.99** |

**Building 20**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 39. Remove Laminated - comp. shingle rfg (per SHINGLE) | 312.00 EA | 7.01 | 0.00 | 2,187.12 | (0.00) | 2,187.12 |
| 40. Laminated - comp. shingle rfg (per SHINGLE) | 312.00 EA | 16.08 | 53.91 | 5,070.87 | (0.00) | 5,070.87 |
| **Totals: Building 20** | | | **53.91** | **7,257.99** | **0.00** | **7,257.99** |





**EXHIBIT B**

FRONTIER ADJUSTERS

**Frontier Adjusters**

3508 Pleasant Vally Drive
Fremont Hills MO 65714
Office: 866.897.1876
Fax:866.899.2751

**Building 21**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 41. Remove Laminated - comp. shingle rfg (per SHINGLE) | 448.00 EA | 7.01 | 0.00 | 3,140.48 | (0.00) | 3,140.48 |
| 42. Laminated - comp. shingle rfg (per SHINGLE) | 448.00 EA | 16.08 | 77.41 | 7,281.25 | (0.00) | 7,281.25 |
| **Totals: Building 21** | | | **77.41** | **10,421.73** | **0.00** | **10,421.73** |

**Building 22**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 43. Remove Laminated - comp. shingle rfg (per SHINGLE) | 488.00 EA | 7.01 | 0.00 | 3,420.88 | (0.00) | 3,420.88 |
| 44. Laminated - comp. shingle rfg (per SHINGLE) | 488.00 EA | 16.08 | 84.33 | 7,931.37 | (0.00) | 7,931.37 |
| **Totals: Building 22** | | | **84.33** | **11,352.25** | **0.00** | **11,352.25** |

**Big Garages (5 same)**

**Big Garages (5 same)**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 45. Remove Laminated - comp. shingle rfg (per SHINGLE) | 340.00 EA | 7.01 | 0.00 | 2,383.40 | (0.00) | 2,383.40 |
| 46. Laminated - comp. shingle rfg (per SHINGLE) | 340.00 EA | 16.08 | 58.75 | 5,525.95 | (0.00) | 5,525.95 |
| **Total: Big Garages (5 same)** | | | **58.75** | **7,909.35** | **0.00** | **7,909.35** |

**Small Garage 1**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 47. Remove Laminated - comp. shingle rfg (per SHINGLE) | 48.00 EA | 7.01 | 0.00 | 336.48 | (0.00) | 336.48 |
| 48. Laminated - comp. shingle rfg (per SHINGLE) | 48.00 EA | 16.08 | 8.29 | 780.13 | (0.00) | 780.13 |
| **Totals: Small Garage 1** | | | **8.29** | **1,116.61** | **0.00** | **1,116.61** |

**SG2**



NAUTILUS000012

**EXHIBIT B**

FRONTIER ADJUSTERS

**Frontier Adjusters**

3508 Pleasant Vally Drive
Fremont Hills MO 65714
Office: 866.897.1876
Fax:866.899.2751

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 49. Remove Laminated - comp. shingle rfg (per SHINGLE) | 48.00 EA | 7.01 | 0.00 | 336.48 | (0.00) | 336.48 |
| 50. Laminated - comp. shingle rfg (per SHINGLE) | 48.00 EA | 16.08 | 8.29 | 780.13 | (0.00) | 780.13 |
| **Totals: SG2** | | | **8.29** | **1,116.61** | **0.00** | **1,116.61** |

## SG3

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 51. Remove Laminated - comp. shingle rfg (per SHINGLE) | 48.00 EA | 7.01 | 0.00 | 336.48 | (0.00) | 336.48 |
| 52. Laminated - comp. shingle rfg (per SHINGLE) | 48.00 EA | 16.08 | 8.29 | 780.13 | (0.00) | 780.13 |
| **Totals: SG3** | | | **8.29** | **1,116.61** | **0.00** | **1,116.61** |

## SG4

**SG4**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 53. Remove Laminated - comp. shingle rfg (per SHINGLE) | 48.00 EA | 7.01 | 0.00 | 336.48 | (0.00) | 336.48 |
| 54. Laminated - comp. shingle rfg (per SHINGLE) | 48.00 EA | 16.08 | 8.29 | 780.13 | (0.00) | 780.13 |
| **Total: SG4** | | | **8.29** | **1,116.61** | **0.00** | **1,116.61** |

## SG5

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 55. Remove Laminated - comp. shingle rfg (per SHINGLE) | 48.00 EA | 7.01 | 0.00 | 336.48 | (0.00) | 336.48 |
| 56. Laminated - comp. shingle rfg (per SHINGLE) | 48.00 EA | 16.08 | 8.29 | 780.13 | (0.00) | 780.13 |
| **Totals: SG5** | | | **8.29** | **1,116.61** | **0.00** | **1,116.61** |
| **Total: SG4** | | | **16.58** | **2,233.22** | **0.00** | **2,233.22** |

## SG6

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|



NAUTILUS000013

**EXHIBIT B**

FRONTIER ADJUSTERS

**Frontier Adjusters**

3508 Pleasant Vally Drive
Fremont Hills MO 65714
Office: 866.897.1876
Fax:866.899.2751

**CONTINUED - SG6**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 57. Remove Laminated - comp. shingle rfg (per SHINGLE) | 48.00 EA | 7.01 | 0.00 | 336.48 | (0.00) | 336.48 |
| 58. Laminated - comp. shingle rfg (per SHINGLE) | 48.00 EA | 16.08 | 8.29 | 780.13 | (0.00) | 780.13 |
| **Totals: SG6** | | | **8.29** | **1,116.61** | **0.00** | **1,116.61** |

**SG7**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 59. Remove Laminated - comp. shingle rfg (per SHINGLE) | 48.00 EA | 7.01 | 0.00 | 336.48 | (0.00) | 336.48 |
| 60. Laminated - comp. shingle rfg (per SHINGLE) | 48.00 EA | 16.08 | 8.29 | 780.13 | (0.00) | 780.13 |
| **Totals: SG7** | | | **8.29** | **1,116.61** | **0.00** | **1,116.61** |

**SG8**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 61. Remove Laminated - comp. shingle rfg (per SHINGLE) | 48.00 EA | 7.01 | 0.00 | 336.48 | (0.00) | 336.48 |
| 62. Laminated - comp. shingle rfg (per SHINGLE) | 48.00 EA | 16.08 | 8.29 | 780.13 | (0.00) | 780.13 |
| **Totals: SG8** | | | **8.29** | **1,116.61** | **0.00** | **1,116.61** |
| **Total: Big Garages (5 same)** | | | **125.07** | **16,842.23** | **0.00** | **16,842.23** |
| **Line Item Totals: WOODSIDE** | | | **1,667.80** | **224,532.48** | **0.00** | **224,532.48** |





**EXHIBIT B**

FRONTIER ADJUSTERS

**Frontier Adjusters**

3508 Pleasant Vally Drive
Fremont Hills MO 65714
Office: 866.897.1876
Fax:866.899.2751

## Summary for Dwelling

| | |
|---|---|
| Line Item Total | 222,864.68 |
| Material Sales Tax | 1,667.80 |
| **Replacement Cost Value** | **$224,532.48** |
| **Net Claim** | **$224,532.48** |

Casey Cazier



**EXHIBIT B**